**Willis J. Rayburn, appellant, v. Sam A. Mendelsohn, appellee. Gen. No. 24,658.**

Action to recover for services rendered in negotiating lease. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

George B. Cohen, for appellant; F. O. Floberg, of counsel. James M. Slattery, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Templeton Lime Company, appellant, v. Charles L. W. Bartling et al., appellees. Gen. No. 24,667.**

Suit to enforce mechanic's lien. Decree dismissing bill for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded with directions. Opinion filed February 11, 1920.

J. S. Dudley and Nels H. Olson, for appellant. Rosenthal, Kurz & Houlihan, for appellees; Edward R. Tiedebohl, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**In re estate of Hada Hoag, deceased.**

**Jane R. Hoag and Florence L. Nelson, appellants, v. Charles B. Hoag and Emil J. Hoag, appellees. Gen. No. 24,798.**

Claims against decedent's estate. Order of allowance and motion to set aside order. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

W. P. Quinby, for appellants. George W. Brown, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

**The Flanagan & Biedenweg Company, appellee, v. Henry W. McGuire and Edward Hudson, appellants. Gen. No. 24,335.**

Action to recover contract price for manufacture and erection of stained glass window. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920. Rehearing denied February 25, 1920.

Elbridge Hanecy and William A. Rogan, for appellants. William J. Stapleton, for appellee.

Mr. Justice Taylor delivered the opinion of the court.